USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/30/07

RECEIVED
29 2007
HAROLD BAER
U.S. DISTRICT JUDGE
S.D.N.Y.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ANEL MARTINEZ,

                     Plaintiff,

        v.

MBIA INC.

                     Defendant.
-----------------------------------------------------------X

07 CV 2141 (HB)

**FINAL STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, attorneys for the parties to the above-captioned action, that this action be, and it hereby is, dismissed with prejudice and without an award of costs, disbursements, attorneys' fees or interest to any party.

Date: 5/29, 2007

By: _____
Margaret McIntyre (MM-2099)
225 Broadway, Suite 2515
New York, New York 10007
(212) 227-9987
Attorney for Plaintiff

SO ORDERED
_____
Hon. Harold Baer, U.S.D.J.

PROSKAUER ROSE LLP

By: _____
Marc A. Mandelman (MM-7162)
1585 Broadway
New York, New York 10036
(212) 969-3000
Attorneys for Defendant

5/29/07
DATE